**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THUYDUONG NGUYEN and JASON PALARCA, <br><br>             Plaintiffs, <br><br>     v. <br><br> SAXON MORTGAGE SERVICING, INC.; DECISION ONE MORTGAGE COMPANY, LLC; and DOES 1 through 20, inclusive. <br><br>             Defendants. | NO. 1:11-CV-00755 AWI SMS <br><br> ORDER VACATING HEARING DATE OF JUNE 20, 2011, AND TAKING MATTER UNDER SUBMISSION |

     Defendant Saxon Mortgage Services, Inc. has noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on June 20, 2011. Pursuant to Local Rule 230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than June 6, 2011. Plaintiffs failed to do so.

     Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See  Local Rule 230(g).

///

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 20, 2011 is VACATED, and no party shall appear at that time.  As of June 20, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     June 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2